# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**SHARON M. SPANGLER**                                                      **PLAINTIFF**

**v.**                                 **CAUSE NO. 1:15CV334-LG-RHW**

**BEAU RIVAGE RESORTS, INC.**                                    **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the defendant's Motion for Summary Judgment, and in accordance with the Court's Order entered thereupon,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff's claims against the defendant are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 15th day of December, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE